GEPO REALTY CORPORATION, Appellant, *v.* ABRAHAM PIERCE, Respondent.

Argued June 4, 1941; decided July 29, 1941.

*Kenneth M. Spence, George A. Lewis, David B. Tolins, Stewart W. Bowers* and *Albert W. Clurman* for appellant.

*David Berg* and *Samuel Mezansky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.